1        UNITED STATES DISTRICT COURT

2              DISTRICT OF NEVADA

3                    * * *

4    UNITED STATES OF AMERICA,                2:05-cr-123-RLH-LRL
                                              2:04-cr-246-RLH-LRL
5              Plaintiff,

6    vs.                                      **ORDER FOR PLACEMENT IN
                                              THE HALF-WAY HOUSE**
7    TAMIKA IVEY,

8              Defendant.

9
            Presently before the court is the matter of *United States v. Arlanders Gibson. et*
10
*al.,* in particular, defendant TAMIKA IVEY.
11
            On June 21, 2012, this Court held a hearing for revocation of supervised release as
12
to defendant TAMIKA IVEY.  At the hearing, based on a request by the defendant, the Government
13
and the U. S. Probation department, Ms. Ivey's supervise release was modified to include that she
14
reside for six (6) months in the residential re-entry center/ halfway house. The revocation was held
15
in abeyance and the following condition was added:
16

17
1.        **Reside in Residential Re entry Center** - You shall reside at and participate in the
18
          program of a residential re-entry center for a period of six months as approved and
19
          directed by the probation officer.
20

21
          Accordingly,
22
          IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant TAMIKA
23
IVEY reside in a residential re-entry center/ half-way house for six (6) months.
24

25
          DATED:  21st  Day of June , 2012.
26

27
                                        _____
28                                      UNITED STATES DISTRICT JUDGE

                                        1